UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Tonisha Shonta Watkins,    CHAPTER 13

Debtor.    CASE NO. 17-58772-LRC

**MOTION FOR RECONSIDERATION**

COMES NOW, TONISHA SHONTA WATKINS named as Debtor herein, and brings this, Motion for Reconsideration of Dismissal, as follows:

1.

This case was filed on May 16, 2017 in the United State Bankruptcy Court, Northern District of Georgia.

2.

On November 04, 2017, the Court entered an Order of Dismissal, dismissing the case for failure to make plan payments.

3.

Debtor seeks to continue in her Chapter 13 case. Debtor has made a recent payment in the amount of $325.00 and will continue to make her payments on time in the future.

WHEREFORE, Debtor prays for relief in the following manner:
a. That this motion be read and considered;
b. That the Order of Dismissal, dismissing this case be vacated; and
c. That Debtor receives such other and further relief as the Court deems just, equitable and proper.

This 10th day of November, 2017.

                                                     Respectfully submitted,

                                                        _____/s/_____
                                                    David E. Galler
                                                   Attorney for Debtor(s)
                                                   Georgia Bar No. 283015

GALLER LAW OFFICE, LLC
875 Old Roswell Road
B-100
Roswell, Georgia 30076
770-671-8830 (voice)
404-549-4330 (facsimile)
david@gallerlaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | } } } | |
| TONISHA SHONTA WATKINS, | } } } | CHAPTER 13 |
| Debtor. | } } } } } | CASE NO. 14-50003-PMB |

## NOTICE OF HEARING ON MOTION TO RECONSIDER DISMISSAL

PLEASE TAKE NOTICE that Debtor, TONISHA SHONTA WATKINS, by and through counsel, has filed a Motion to Reconsider Dismissal with the Court.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Reconsider Dismissal in the **Richard B. Russell Federal Building & U.S. Courthouse 75 Ted Turner Drive, SW Atlanta, Georgia 30303; Courtroom 1204 at 1:45** on **Dec. 7 2017.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, United States Bankruptcy Court, 75 Ted Turner Dr. SW, Atlanta, GA

30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 10th day of November, 2017.

                                                      Respectfully submitted,

                                                      /s/
                                                 David E. Galler
                                                 Attorney for Debtor(s)
                                                 Georgia Bar No. 283015

GALLER LAW OFFICE, LLC
875 Roswell Road
Building B, Suite 100
Roswell, Georgia 30076
678-310-9088 (voice)
404-549-4330 (facsimile)
david@gallerlaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br>KENNETH MYRON JACKSON,<br><br>    Debtor. | CHAPTER 13<br><br>CASE NO. 14-50003-PMB |

## CERTIFICATE OF SERVICE

    I hereby certify that I have filed a true and correct copy of the within and foregoing documents with the Clerk of the Bankruptcy Court using the ***CM/ECF*** system which will automatically send a notice of the filing to:

                      Mary Ida Townson
                      Chapter 13 Trustee

And all creditors on the attached mailing matrix

Dated: November 10, 2017                      /s/
                                                    David E. Galler
                                                    Attorney for Debtor
                                                    Georgia Bar No.283015

GALLER LAW OFFICE, LLC
875 Roswell Road
Building B, Suite 100
Roswell, Georgia 30076
678-310-9088 (voice)
404-549-4330 (facsimile)
david@gallerlaw.com

```
Label Matrix for local noticing          Exeter Finance LLC                      Exeter Finance LLC
113E-1                                   P.O. Box 165028                         Attn: Exeter Finance LLC
Case 17-58772-lrc                        Irving, TX 75016-5028                   Department, Ascension Capital Group
Northern District of Georgia                                                     P.O. Box 165028
Atlanta                                                                          Irving, TX 75016-5028
Fri Nov 10 18:07:41 EST 2017

AMCA/Amer Medical Collection Agency      AMCA/Amer Medical Collection Agency     Banfield, The Pet Hospital
2269 S Saw Mill                          4 Westchester Plaza                     2150 Paxton Dr
Elmsford, NY 10523-3832                  Suite 110                               Lilburn, GA 30047-3326
                                         Elmsford, NY 10523-1615


Belden Jewelers/Sterling Jewelers, Inc   Belden Jewelers/Sterling Jewelers, Inc  (p)CAPITAL ONE
375 Ghent Rd                             Attn: Bankruptcy                        PO BOX 30285
Fairlawn, OH 44333-4601                  Po Box 1799                             SALT LAKE CITY UT 84130-0285
                                         Akron, OH 44309-1799


Consumer Portfolio Svc                   Consumer Portfolio Svc                  Credit Collection Services
Attn: Bankruptcy                         Po Box 57071                            P. O. Box 9126
19500 Jamboree Rd                        Irvine, CA 92619-7071                   Boston, MA 02114-0041
Irvine, CA 92612-2411


Department of the Treasury               (p)DIRECTV LLC                          DirecTV
Internal Revenue Service                 ATTN BANKRUPTCIES                       c/o Riddle & Associates, PC
P.O. Box 7346                            PO BOX 6550                             P.O. Box 1187
Philadelphia PA 19101-7346               GREENWOOD VILLAGE CO 80155-6550         Sandy, UT 84091-1187


Directv, LLC                             Diversified Consultantas, Inc           Exeter Finance Corp
by American InfoSource LP as agent       P.O. Box 551268                         Po Box 166008
4515 N Santa Fe Ave                      Jacksonville, FL 32255-1268             Irving, TX 75016-6008
Oklahoma City, OK 73118-7901


Exeter Finance Corp                      (p)FIFTH THIRD BANK                     Fst Premier
Po Box 166097                            MD# ROPS05 BANKRUPTCY DEPT              601 S Minneapolis Ave
Irving, TX 75016-6097                    1850 EAST PARIS SE                      Sioux Falls, SD 57104
                                         GRAND RAPIDS MI 49546-6253


Fst Premier                              (p)GEORGIA DEPARTMENT OF REVENUE        Grand Canyon Universit
601 S Minnesota Ave                      COMPLIANCE DIVISION                     3300 W Camelback Rd
Sioux Falls, SD 57104-4824               ARCS BANKRUPTCY                         Phoenix, AZ 85017-1097
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202

Grand Canyon University                  Harris & Harris, LTD                    HomeSure Services
3300 West Camelback Rd                   600 W. Jackson Blvd                     P.O. Box 550607
Phoenix, AZ 85017-1097                   Suite 700                               Fort Lauderdale, FL 33355-0607
                                         Chicago, IL 60661-5629


Internal Revenue Service                 (p)JEFFERSON CAPITAL SYSTEMS LLC        Kay Jewelers
POB 7346                                 PO BOX 7999                             P.O. Box 1799
Philadelphia, PA 19101-7346              SAINT CLOUD MN 56302-7999               Akron, OH 44309-1799
```

| | | |
|---|---|---|
| Merchantile<br>165 Lawrence Bell Dr.<br>Ste 100<br>Buffalo, NY 14221-7900 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 |
| Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Portfolio Recovery<br>287 Independence<br>Virginia Beach, VA 23462-2962 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Progressive<br>P.O. Box 9001057<br>Louisville, KY 40290-1057 | Publix Employees Federal Credit Union<br>Attention:  Della Andrews<br>PO Box 1000<br>Lakeland, FL 33802-1000 |
| Publix Federal Credit Union<br>P.O. Box 1000<br>Lakeland, FL 33802-1000 | Regions Bank<br>P. O. Box 10205<br>Birmingham, AL 35202-0205 | (p)SCANA AND SUBSIDIARIES<br>220 OPERATION WAY<br>MAIL CODE C 222<br>CAYCE SC 29033-3701 |
| Scana Energy<br>3344 Peachtree Rd Ne Ste<br>Atlanta, GA 30326-4808 | Sibley Heart Center Cardiology<br>PO Box 116617<br>Atlanta, GA 30368-6617 | Silver Bay<br>2030 Powers Ferry Rd<br>Ste 210<br>Atlanta, GA 30339-5016 |
| Strayer University<br>c/o F.A.S Adjustment Bureau<br>PO Box 1543<br>Orange Park, FL 32067-1543 | TMobile<br>PO BOX 629025<br>Duluth, GA 30096-7979 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |
| US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | United Tranzactions<br>2811 Corporate Way<br>Miramar, FL 33025-3972 | Us Dept Of Ed/Great Lakes<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3121 |
| Us Dept Of Ed/Great Lakes Higher<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3121 | Us Dept Of Ed/Great Lakes Higher Educati<br>Po Box 7860<br>Madison, WI 53707-7860 | WebCollex LLC<br>JD Receivables LLC<br>P.O. Box 382656<br>Germantown, TN 38183-2656 |
| WebCollex LLC<br>c/o JD Receivables LLC<br>PO Box 382656<br>Germantown, TN 38183-2656 | David E. Galler<br>Galler Law, LLC<br>P. O. Box 2118<br>Roswell, GA 30077-2118 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 |
| Tonisha Shonta Watkins<br>5480 Panola Downs Road<br>Lithonia, GA 30058-7844 | | |