UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| Tonisha Shonta Watkins, | CHAPTER 13 |
| Debtor. | CASE NO. 17-58772-LRC |

**AMENDED NOTICE OF HEARING ON MOTION TO RECONSIDER DISMISSAL**

PLEASE TAKE NOTICE that Debtor, TONISHA SHONTA WATKINS, by and through counsel, has filed a Motion to Reconsider Dismissal with the Court.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Reconsider Dismissal in the **Richard B. Russell Federal Building & U.S. Courthouse 75 Ted Turner Drive, SW Atlanta, Georgia 30303; Courtroom 1204 at 1:45** on **December 7, 2017.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, **United States Bankruptcy Court**, 75 Ted Turner Dr. SW, Atlanta, GA

30303. You must also mail a copy of your response to the undersigned at the address stated below.

    This 21st day of November, 2017.

                                       Respectfully submitted,

                                       _____/s/
                                       David E. Galler
                                       Attorney for Debtor(s)
                                       Georgia Bar No. 283015

GALLER LAW OFFICE, LLC
875 Roswell Road
Building B, Suite 100
Roswell, Georgia 30076
678-310-9088 (voice)
404-549-4330 (facsimile)
david@gallerlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | }
| | }
| Tonisha Shonta Watkins, | } CHAPTER 13
| | }
| Debtor. | } CASE NO. 17-58772-LRC
| _____ | }

**AMENDED CERTIFICATE OF SERVICE**

    I hereby certify that I have filed a true and correct copy of the within and foregoing documents with the Clerk of the Bankruptcy Court using the *CM/ECF* system which will automatically send a notice of the filing to:

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303

Tonisha S. Watkins
5480 Panola Downs Road
Lithonia, GA 30058

And all creditors on the attached mailing matrix

Dated: November 21, 2017                  /s/
                                                       David E. Galler
                                                       Attorney for Debtor
                                                       Georgia Bar No.283015

GALLER LAW OFFICE, LLC
875 Roswell Road
Building B, Suite 100
Roswell, Georgia 30076
678-310-9088 (voice)
404-549-4330 (facsimile)
david@gallerlaw.com

## **CREDITOR MATRIX**

AMCA/Amer Medical Collection Agency
4 Westchester Plaza
Suite 110
Elmsford, NY 10523

AMCA/Amer Medical Collection Agency
2269 S Saw Mill
Elmsford, NY 10523

Banfield, The Pet Hospital
2150 Paxton Dr
Lilburn, GA 30047

Belden Jewelers/Sterling Jewelers, Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309

Belden Jewelers/Sterling Jewelers, Inc
375 Ghent Rd
Fairlawn, OH 44333

Capital One
P. O. Box 85015
Richmond, VA 23285-5015

Consumer Portfolio Svc
Attn: Bankruptcy
19500 Jamboree Rd
Irvine, CA 92612

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

Credit Collection Services
P. O. Box 9126
Boston, MA 02205

DirecTV
PO Box 31621
Tampa, FL 33631-3621

DirecTV
c/o Riddle & Associates, PC
P.O. Box 1187
Sandy, UT 84091-1187

Diversified Consultants, Inc
P.O. Box 551268
Jacksonville, FL 32255

Exeter Finance Corp
Po Box 166008
Irving, TX 75016

Exeter Finance Corp
Po Box 166097
Irving, TX 75016

Fifth Third Bank
Mail Drop 1M0C2N
Cincinnati, OH 45263

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

Fst Premier
601 S Minnesota Ave
Sioux Falls, SD 57104

Georgia Department of Revenue
Bankruptcy Department
1800 Century Blvd NE Ste 17200
Atlanta, GA 30345-3205

Grand Canyon University
3300 W Camelback Rd
Phoenix, AZ 85017

Grand Canyon University
3300 West Camelback Rd
Phoenix, AZ 85017

Gwinnett Water Resources
684 Winder Hwy NE
Lawrenceville, GA 30045

Harris & Harris, LTD
600 W. Jackson Blvd
Suite 700
Chicago, IL 60661

HomeSure Services
P.O. Box 550607
Fort Lauderdale, FL 33355

Internal Revenue Service
401 West Peachtree Street
M/S 334-D
Atlanta, GA 30308-3539

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Jefferson Capital
16 McLeland Road
Saint Cloud, MN 56303-2198

Kay Jewelers
P.O. Box 1799
Akron, OH 44309

Merchantile
165 Lawrence Bell Dr.
Ste 100
Buffalo, NY 14221

Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

Portfolio Recovery
Po Box 41067
Norfolk, VA 23541

Portfolio Recovery
287 Independence
Virginia Beach, VA 23462

Progressive
P.O. Box 9001057
Louisville, KY 40290-1057

Publix Federal Credit Union
P.O. Box 1000
Lakeland, FL 33802

Regions Bank
P. O. Box 10205
Birmingham, AL 35202

Scana Energy
220 Operation Way
Cayce, SC 29033

Scana Energy
3344 Peachtree Rd Ne
Atlanta, GA 30326

Sibley Heart Center Cardiology
PO Box 116617
Atlanta, GA 30368

Silver Bay
2030 Powers Ferry Rd
Ste 210
Atlanta, GA 30339

Strayer University
c/o F.A.S Adjustment Bureau
PO Box 1543
Orange Park, FL 32067

TMobile
PO BOX 629025
Duluth, GA 30096-7979

United Transactions
2811 Corporate Way
Miramar, FL 33025

Us Dept Of Ed/Great Lakes
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704

Us Dept Of Ed/Great Lakes Higher
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704

Us Dept Of Ed/Great Lakes Higher Education
Po Box 7860
Madison, WI 53707